NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Bin Li (SBN 223126)
Siqi Chen (SBN 325943)
LAW OFFICES OF BIN LI, PLC
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Telephone: (909) 861-6880
Facsimile: (909) 861-8820

ATTORNEY(S) FOR: Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| NITETEK LICENSING LLC | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), | 2:20-cv-10876-MCS-PVC |
| v. | |
| BOLIDE TECHNOLOGY GROUP, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant Bolide Technology Group, Inc._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| 1. NITETEK LICENSING LLC | Plaintiff |
| 2. BOLIDE TECHNOLOGY GROUP, INC. | Defendant |
| 3. INSIGHT, PLC | Plaintiff's Counsel |
| 4. LAW OFFICES OF BIN LI, PLC | Defendant's Counsel |

4/2/2021
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant BOLIDE TECHNOLOGY GROUP, INC.

**PROOF OF SERVICE**

I am employed in the Central District of California. I am over the age of 18 and not a party to the action. My business address is at 730 Diamond Bar Blvd., Diamond Bar, CA 91765. On April 5, 2021, I served the foregoing document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action:

> Steven W. Ritcheson, Esq. (SBN 174062)
> Insight, PLC
> 578 Washington Blvd. #503
> Marina del Rey, California 90292
> (424) 289-9191
> swritcheson@insightplc.com
> *Attorneys for*
> **Nitetek Licensing LLC**

☐ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee(s).

☐ BY MAIL: I am readily familiar with the practice of the office for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, correspondence is put in the office outgoing mail tray for collection and is deposited in the U.S. Mail that same day in the ordinary course of business.

☐ FAX: I faxed the documents to the parties on the above date.

☐ E-MAIL: I emailed the documents to the parties on the above date.

☒ CM/ECF: I served the documents to the parties via the Court's CM/ECF system.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on at Diamond Bar, California.

Signed: ____/s/ Siqi Chen_____
Siqi Chen