Steven W. Ritcheson, Esq. (SBN 174062)
Insight, PLC
578 Washington Blvd. #503
Marina del Rey, California 90292
(424) 289-9191
swritcheson@insightplc.com

*Counsel for Plaintiff*
*Nitetek Licensing LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NITETEK LICENSING LLC,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**BOLIDE TECHNOLOGY GROUP, INC.,**<br><br>　　Defendant. | Case No. 2:20-cv-10876-MCS-PVC<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nitetek Licensing LLC and Defendant Bolide Technology Group, Inc., hereby stipulate and agree to dismiss all claims asserted in this action with prejudice.

　　Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: June 25, 2021

| | |
|---|---|
| /s/ *Steven W. Ritcheson, Esq.* (SBN 174062) <br> Steven W. Ritcheson, Esq. (SBN 174062) <br> Insight, PLC <br> 578 Washington Blvd. #503 <br> Marina del Rey, California 90292 <br> (424) 289-9191 <br> swritcheson@insightplc.com <br><br> **Counsel for Plaintiff** <br> **Nitetek Licensing LLC** | /s/_____ <br> Bin Li, Esq. <br> Law Offices of Bin Li & Associates <br> A Professional Law Corporation <br> 730 N. Diamond Bar Blvd, <br> Diamond Bar, CA 91765 <br> Tel: 909-861-6880 <br> Fax: 909-861-8820 <br> Email: bli@libinlaw.com <br><br> **Counsel for Defendant** <br> **Bolide Technology Group, Inc.** |